No. 04–10178. PINEDA SALGADO *v.* FEDERAL CORRECTIONAL INSTITUTION AT MCKEAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–10188. MILLER *v.* HEDRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 04–10200. STAFFORD *v.* BROWN ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–10227. FLUELLEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10238. RAMIREZ-GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10262. CRISTOBAL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10276. TULLOCH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10277. SHIMEK *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–10287. MAJID *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–10292. PODLOG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–10293. BARNETT *v.* BLEDSOE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–10314. LARRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–10322. ABDULLAH *v.* HEDRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 04–10324. CHAVARRY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10327. FALLEN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–10328. FOY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.